| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on May 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>    Dorothy Broughton | Case No.: 19-17151<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: 5/9/2019 @ 10:00 a.m.<br><br>Judge: Andrew B. Altenburg |

**ORDER:**

**1. TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

**2. TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(A) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Dorothy Broughton
**Case No:** 19-17151/ABA
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Moshe Rothenberg, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Dorothy Broughton is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Linda M. Broughton is authorized to appear at the 341(a) Hearing on behalf of Dorothy Broughton