|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |  |
| Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) |  |
| In Re:<br><br>Dorothy Broughton |  |

Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-17151

Chapter: 13

Adv. No.: N/A

Hearing Date: 5/9/2019 @ 10:00 a.m.

Judge: Andrew B. Altenburg

**ORDER:**

**1. TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

**2. TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(A) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Dorothy Broughton
**Case No:** 19-17151/ABA
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Moshe Rothenberg, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Dorothy Broughton is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Linda M. Broughton is authorized to appear at the 341(a) Hearing on behalf of Dorothy Broughton

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-17151-ABA
Dorothy Broughton                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin         Page 1 of 1              Date Rcvd: May 08, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db             +Dorothy Broughton,    1410 Osborne Drive,    Port Norris, NJ 08349-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Moshe Rothenberg    on behalf of Debtor Dorothy Broughton moshe@mosherothenberg.com,
       alyson@mosherothenberg.com;ajohn880@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
       Company rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                          TOTAL: 5