UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

      Dorothy Broughton

Case No.: 19-17151

Proceedings in Chapter 13

Pre-Confirmation Certification of
Compliance with post-petition obligations in
accordance with 11 U.S.C. 1325(a) (8) a
and (a) (9)

I, Dorothy Broughton, upon my oath, according to law, hereby certify as follows:

1.  The below information is being supplied for compliance with the confirmation
    hearing date on 6/12/2019 at 10:00 AM.

2.  The above named Debtor(s) has /have paid all post-petition amounts that are
    required to be paid under any and all Domestic Support Obligations.

3.  The above named Debtor(s) has/have filed all applicable Federal, State and
    local tax returns, as required by 11 U.S.C. 1308.

4.  If the confirmation hearing date stated in paragraph 1 is adjourned for any
    reason, an updated Certification will be filed with the Court prior to
    subsequent confirmation hearing date in the event any of the information
    contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 5-14-2019

BY: /s/ Dorothy Broughton
Dorothy Broughton, Debtor