Certificate Number: 14912-NJ-DE-033185071

Bankruptcy Case Number: 19-17151



14912-NJ-DE-033185071

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 29, 2019</u>, at <u>6:17</u> o'clock <u>PM EDT</u>, <u>Dorothy Broughton</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>July 31, 2019</u>  By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>