UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage d/b/a Champion Mortgage Co.

In Re:

Dorothy Broughton,

Debtor.

Case No.: 19-17151-ABA

Chapter: 13

Hearing Date: 12/15/2020

Judge: Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief from Stay (Docket # 27)

_____

Date: 12/09/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*