Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 19−17151−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy Broughton
   1410 Osborne Drive
   Port Norris, NJ 08349

Social Security No.:
   xxx−xx−1455

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                April 13, 2021
Time:              10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*39* – Certification in Opposition to (related document:38 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 1410 Osborne Drive, Port Norris NJ 08349. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company, 34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company. Objection deadline is 03/22/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company) filed by Moshe Rothenberg on behalf of Dorothy Broughton. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.


Dated: March 22, 2021
JAN: eag

                                                                     Jeanne Naughton
                                                                     Clerk