| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Nationstar Mortgage LLC d/b/a Champion Mortgage Company | |
| In Re:<br><br>Dorothy Broughton | Case No.:  __19-17151 ABA__<br><br>Chapter:  __13__<br><br>Hearing Date:  __4/13/2021__<br><br>Judge:  __Andrew B. Altenburg__ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:  Creditor's Certification of Default filed on March 8, 2021 at document#38

_____

Date: 3/26/2021                                    /s/ Denise Carlon
                                                                Signature

*rev.8/1/15*