Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−17151−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy Broughton
   1410 Osborne Drive
   Port Norris, NJ 08349

Social Security No.:
   xxx−xx−1455

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           November 30, 2021
Time:              10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*44* – Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Phillip Andrew Raymond on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company. Objection deadline is 11/9/2021. (Attachments: # 1 Proposed Order) (Raymond, Phillip) Modified on 10/27/2021 TO REFLECT NOT FILED AS SEPARATE DOCUMENTS (lgr). filed by Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company) filed by Moshe Rothenberg on behalf of Dorothy Broughton. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.

Dated: November 9, 2021
JAN: lgr

                                                                    Jeanne Naughton
                                                                    Clerk