Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant



**Order Filed on February 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dorothy Broughton | Case No. 19-17151-ABA |
| Debtor. | Judge: Andrew B. Altenburg, Jr. |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: February 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Dorothy Broughton |
| Case No.: | 19-17151-ABA |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 1410 Osborne Drive, Port Norris, NJ 08349;
2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;
4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).