Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-17151 (ABA)**

Dorothy Broughton
1410 Osborne Drive
Port Norris, NJ  08349

Monthly Payment: $507.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2021 | $468.00 | 02/05/2021 | $507.00 | 03/19/2021 | $480.00 | 04/05/2021 | $507.00 |
| 05/07/2021 | $507.00 | 06/08/2021 | $507.00 | 07/09/2021 | $507.00 | 08/09/2021 | $507.00 |
| 09/08/2021 | $507.00 | 10/06/2021 | $507.00 | 11/04/2021 | $507.00 | 12/07/2021 | $507.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOROTHY BROUGHTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $4,051.40 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,707.97 | $0.00 | $1,707.97 | $0.00 |
| 2 | TOWNSHIP OF COMMERCIAL | 24 | $5,055.60 | $1,899.10 | $3,156.50 | $578.46 |
| 3 | LVNV FUNDING, LLC | 33 | $184.86 | $0.00 | $184.86 | $0.00 |
| 4 | NATIONSTAR MORTGAGE, LLC | 24 | $10,704.71 | $4,021.21 | $6,683.50 | $1,224.79 |
| 5 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $377.00 | $0.00 | $377.00 | $0.00 |
| 10 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,039.22 | $0.00 | $1,039.22 | $0.00 |
| 11 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 20.00 | $0.00 |
| 01/01/2021 | Paid to Date | $7,584.00 |
| 02/01/2021 | 39.00 | $507.00 |
| 05/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,018.00 |
| Total paid to creditors this period: | $5,854.65 |
| Undistributed Funds on Hand: | $464.41 |
| Arrearages: | $27.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**