Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:  Dorothy Broughton　　　　　　　　　　Case No: 19-17151/ABA
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

### CERTIFICATION OF LINDA BROUGHTON

I, Linda Broughton, am the Power of Attorney over my mother, Dorothy Broughton's affairs, and as such, possess sufficient information to make the following certification. I certify that all statements made by me are true and correct and am aware that I am subject to punishment for and statements made by me which are willfully false.

1. I am making this brief certification at the request of the Court concerning a Motion to Reimpose the Automatic Stay filed on my mother's behalf.

2. As the Court is aware, this matter concerns the residence located at 1410 Osborne Avenue in Port Norris. I reside there along with my mother and my own daughter. My mother and I are both disabled, and we have nowhere else to go.

3. To be honest I don't have a truly compelling reason why we fell behind - we all have health issues, we had to use money to fix up the home to make it livable, but I know that we are behind.

4. While we are on a fixed income, by pooling our resources together, we can make this case work over the remaining months of the bankruptcy and by making the

regular tax and insurance payments.  We have filed Amended Schedules I and J showing our ability to do that.

5. In light of the above, it is respectfully requested the Court grant the relief we request here, to reimpose the stay and thereby allowing us to keep our home.

I, Linda Broughton, certify that all statements made by me are true and correct and I am fully aware that if any statement is willfully false, I am subject to punishment for false swearing.

**Dated: June 17, 2022**               **/s/ Linda Broughton**
                                       **Linda Broughton**
                                       **Power of Attorney for Dorothy**
                                       **Broughton, Debtor**