Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on June 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dorothy Broughton, | Case No. 19-17151-ABA |
| | Hearing Date: June 21, 2022 at 2:00 PM |
| Debtor. | Judge: Andrew B. Altenburg Jr. |

**CONSENT ORDER PROVIDING FOR REINSTATEMENT OF THE AUTOMATIC STAY, PROVIDING FOR CURE OF POST-PETITION ARREARS AND ONGOING ESCROW PAYMENTS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: June 27, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Dorothy Broughton |
| Case No.: | 19-17151-ABA |
| Caption of Order: | **CONSENT ORDER PROVIDING FOR REINSTATEMENT OF THE AUTOMATIC STAY, PROVIDING FOR CURE OF POST-PETITION ARREARS AND ONGOING ESCROW PAYMENTS** |

THIS MATTER having been opened to the Court upon Dorothy Broughton's ("Debtor") Motion to Reinstate Automatic Stay (the "Motion") seeking reinstatement of the stay as to Nationstar Mortgage LLC d/b/a Champion Mortgage (**ECF No. 52**), with respect to the lien on Debtor's property commonly known as 1410 Osborne Drive, Port Norris, New Jersey 08349 (the "Property"), and the underlying claim and loan having been transferred to Mortgage Assets Management, LLC as serviced by PHH Mortgage Corporation ("Secured Creditor") while the automatic stay was vacated, , and Secured Creditor having filed opposition to the Motion (**ECF No. 54**), and the Court having conducted a hearing on June 21, 2022, and the Court noting the consent of the parties to the form, substance, and entry of the within Consent Order, and for the reasons set forth on the record during the hearing, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. The Motion is granted automatic stay is reinstated with respect to Secured Creditor and Property.
2. Debtor is required to self-pay taxes and maintain insurance.
3. Secured Creditor and/or its predecessor advanced the sum of $5,928.17 for taxes and the sum of $1,906.00 for insurance on Debtor's behalf for a total post-petition delinquency of $7,834.17.
4. On June 21, 2022, Debtor was to immediately forward a payment in the amount of $2,900.00 to Secured Creditor towards the post-petition delinquency.
5. The remaining post-petition arrears balance of $4,934.17 is to be cured in three (3) installments:
   1) A payment shall be made in the amount of $1,644.73 no later than July 20, 2022;
   2) A payment in the amount of $1,644.73 shall be made no later than August 20, 2022; and
   3) A final payment in the amount of $1,644.74 shall be made no later than September

20, 2022.

6. Debtor shall resume self-payment of taxes beginning with the taxes due for August 1, 2022.

7. Secured Creditor may submit a post-petition mortgage fee notice for the fees and costs associated with cancellation of the sheriff's sale of the Property if the sale could not be rescheduled and the trustee shall pay said fee notice through the Debtor's plan.

8. If Debtor should default by failing to make the aforementioned lump sum payment, fail to make ongoing cure payments or fail to make future post-petition escrow payments for taxes and insurance Secured Creditor may submit an order vacating the automatic stay to the Court under the seven (7) day rule without further application to the Court and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the Property.

9. Debtor shall pay attorney fees and costs for the certification of default in the amount of $500.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | Law Office of Moshe Rothenberg |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: _____ | By: /s/ Moshe Rothenberg, Esq. |
| Phillip A. Raymond, Esq. | Moshe Rothenberg, Esq. |
| Date: 6-24-2022 | Date: June 24, 2022 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Dorothy Broughton<br>    Debtor | Case No. 19-17151-ABA<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

**Recip ID        Recipient Name and Address**
db            + Dorothy Broughton, 1410 Osborne Drive, Port Norris, NJ 08349-3620

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

**Name            Email Address**

Denise E. Carlon
            on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
            ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
            on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Moshe Rothenberg
            on behalf of Debtor Dorothy Broughton moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com

Phillip Andrew Raymond
            on behalf of Creditor Mortgage Assets Management  LLC as serviced by PHH Mortgage Corporation phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8