UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-17151 |
|--------|-----------|----------|
| Dorothy Broughton | Chapter: | 13 |
|  | Judge: | ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Dorothy Broughton _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/1/2024 _____

/s/ Dorothy Broughton _Dorothy Broughton_
Debtor's Signature

**IMPORTANT:**
* **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
* **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*